## I N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AUSENCIO SANCHEZ on behalf of himself and all other persons similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case No.  15 C 00387 |
| v. | ) ) | Judge Kendall |
| BRIA HEALTH SERVICES  LLC, and HEALTHCARE SERVICES GROUP, INC | ) ) ) | |
| Defendant. | ) ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff, Ausencio Sanchez, by and through his attorneys, and Defendants Bria Health Services LLC, and Healthcare Services Group, Inc.,  (the Parties") hereby stipulate and agree to dismiss this case, <u>with prejudice</u>.  Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: October 5, 2015

**For Plaintiff,**

By: /s/*Christopher J. Williams*

Christopher J. Williams
Alvar Ayala
Workers Law Office, P.C.
53 W. Jackson Blvd. Suite 701
Chicago, Illinois 60604
Phone: (312) 795-9121

**For Defendant,**
**Bria Health Services, LLC**

By: /s/*James W. Davidson*

James W. Davidson
O'Hagan LLC
One E. Wacker, Suite 3400
Chicago, Illinois   60001
Phone:   (312) 422-6148

1

**For Defendant Healthcare Services Group, Inc.**


By: /s/*Steven W. Moore*

Steven W. Moore
Susan Bassford Wilson
Constangy, Brooks, Smith & Prophete LLP
1625 17th Street.
3rd Floor, Denver, CO 80202
Phone: (720) 343-7540